UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave., Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC

In Re:

David Santee,
Debtors.
_____
Esposito
v.
Santee

Case No.: 17-29204-VFP

Adv. No.: 17-01760-VFP

Chapter: 13

Hearing Date: 4/19/2018

Judge: Papalia

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Denise Carlon, Esq._____,

   ☒ am the attorney for: _____Specialized Loan Servicing_____

   ☐ am self-represented

   Phone number: _____201-549-2363_____

   Email address: _____dcarlon@kmllawgroup.com_____

2. I request an adjournment of the following hearing:

   Matter: _____Motion to Quash_____

   Current hearing date and time: _____4/19/2018_____

   New date requested: _____5/3/2018_____

   Reason for adjournment request: _____To allow the parties additional time to resolve this matter amicably._____

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 4/12/2018                          /s/ Denise Carlon
                                         Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 5/1/2018 @ 10am          ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2