Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  David G. Santee
Debtor

Case No.: 17–29204–VFP
Chapter 13

Frederick Esposito
Plaintiff

v.

David G. Santee
Defendant

Adv. Proc. No. 17–01760–VFP            Judge: Vincent F. Papalia

### NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 7, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 14 − 10
Stipulation and Consent Order, (related document:10 Motion to Quash Quash Subpoena filed by Creditor Specialized Loan Servicing LLC). Filed by Frederick Esposito , David G. Santee and Ralph Ferro. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/5/2018. (mcp)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 7, 2018
JAN: mcp

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

Esposito,
       Plaintiff                                      Adv. Proc. No. 17-01760-VFP

Santee,
       Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jun 07, 2018
                          Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
dft         +David G. Santee,   23 Mair Avenue,   Totowa, NJ 07512-2312
md          +Steven Jurista,   110 Allen Road, Suite 304,   Basking Ridge, NJ 07920-4500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Gary L. Mason    on behalf of Plaintiff Frederick   Esposito gary@garlandmasonlaw.com
        Ralph A Ferro, Jr    on behalf of Defendant David G. Santee ralphferrojr@msn.com
                                                                                                        TOTAL: 3